WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hamilton Mortgage Company,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Carteret Mortgage Corp.,<br><br>　　　　　　Defendant. | NO. CIV-06-3090-PHX-SMM<br><br>**ORDER** |

Pending before the Court is Defendant's Motion for Extension of Time to File Responsive Pleading to Plaintiff's Complaint. (Dkt. 7.) For good cause shown,

**IT IS HEREBY ORDERED GRANTING** Defendant's Motion for Extension of Time to File Responsive Pleading to Plaintiff's Complaint. (Dkt. 7.)

**IT IS FURTHER ORDERED** that Defendant Carteret Mortgage Corp. shall file its response to Plaintiff's Complaint no later than January 5, 2007.

DATED this 5th day of January, 2007.

_____
Stephen M. McNamee
United States District Judge

Dockets.Justia.com