WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hamilton Mortgage Company,<br><br>                Plaintiff,<br><br>v.<br><br>Carteret Mortgage Corp.,<br><br>                Defendant. | NO. CIV-06-3090-PHX-SMM<br><br>**ORDER** |

Pending before the Court is Defendant's Motion for Extension of Time to File a Reply in support of its Motion to Dismiss. (Dkt.15.) For good cause shown,

**IT IS HEREBY ORDERED GRANTING** Defendant's Motion for Extension of Time to File a Reply in support of its Motion to Dismiss. (Dkt.15.)

**IT IS FURTHER ORDERED** that Defendant Carteret Mortgage Corp. shall file its reply in support of its Motion to Dismiss no later than February 7, 2007.

DATED this 6th day of February, 2007.

_____
Stephen M. McNamee
United States District Judge