WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Hamilton Mortgage Company, | ) | No. CV-06-3090-PHX-SMM |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| Carteret Mortgage Corp., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pending before the Court is Defendant Carteret Mortgage Corp.'s ("Cateret") and Plaintiff Hamilton Mortgage Company's ("Hamilton") joint Motion to Continue the Preliminary Pre-Trial Conference (Doc. 29) currently scheduled for May 31, 2007. Good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the Motion to Continue the Preliminary Pre-Trial Conference currently scheduled for **May 31, 2007.** The Court will reschedule the conference subsequent to deciding the currently pending Motion to Transfer and Consolidate.

**IT IS FURTHER ORDERED** that Defendant's Motion to Allow Representative and Lead Counsel to Appear Telephonically at the Preliminary Pre-Trial Conference on May 31, 2007 (Doc. 28), is **DENIED as MOOT**.

DATED this 29th day of May, 2007.

Stephen M. McNamee
United States District Judge