WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Hamilton Mortgage Company, | ) | No. CV-06-3090-PHX-SMM |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| Carteret Mortgage Corp., | ) | |
| | ) | |
| Defendant. | ) | |

Pending before the Court is Defendant Carteret Mortgage Corporation's Application for Withrawal and Substitution of Counsel. Pursuant to LRCiv 83.3(b)(1), Defendant seeks withdrawal of Cynthia Swann and Kristin Thompson of Weiner, Brodsky, Sidman, Kider PC as pro hac vice counsel and substitution of Douglas L. Davies and Jeffrey S. Miller of Foster Pepper PLLC as new pro hac vice counsel.

Accordingly,

**IT IS HEREBY ORDERED GRANTING** Carteret Mortgage Corporation's Application for Withdrawal and Substitution of Counsel (Doc.36).

**IT IS FURTHER ORDERED GRANTING** the withdrawal of Cynthia Swann and Kristin Thompson of Weiner, Brodsky, Sidman, Kider PC as pro hac vice counsel.

**IT IS FURTHER ORDERED** that all further papers and pleadings in this action, except process, should be served upon the aforesaid Defendant by providing a copy of these documents to Foster Pepper PLLC, **Douglas L. Davies**, WSBA No. 16750 and **Jeffrey S.**

1  **Miller**, WSBA No. 28077 **of Foster Pepper PLLC**, located at 1111 Third Avenue, Suite
2  3400, Seattle, Washington, 98101, as pro hac vice counsel for Carteret Mortgage
3  Corporation.

4  DATED this 9th day of August, 2007.

_____
Stephen M. McNamee
United States District Judge