**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Hamilton Mortgage Company, | ) | No. CV-06-3090-PHX-SMM |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| Carteret Mortgage Corp., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Upon consideration of the Parties' Joint Motion to Continue (Doc.38) the Preliminary Pre-Trial Conference currently scheduled for Monday, August 20, 2007, at 2:00 p.m., and for good cause shown,

    **IT IS HEREBY ORDERED** that the motion is **GRANTED**. The previous Preliminary Pre-Trial Conference scheduled for Monday, August 20, 2007, at 2:00 p.m. is **VACATED**.

    **IT IS FURTHER ORDERED** that the Preliminary Pre-Trial Conference has been continued until **September 25, 2007, at 10:00 a.m.**

    DATED this 15th day of August, 2007.

*[signature]*
Stephen M. McNamee
United States District Judge