1  **WO**

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                      FOR THE DISTRICT OF ARIZONA

9

10  Hamilton Mortgage Company,            )    No. CV-06-3090-PHX-SMM
                                          )
11                  Plaintiff,            )
                                          )    **ORDER**
12  v.                                    )
                                          )
13  Carteret Mortgage Corp.,              )
                                          )
14                  Defendant.            )
                                          )

15          Currently before the Court is a Motion to Continue Pre-Trial Conference (Doc. 40)

16
    filed by Mr. Tacker, counsel for Hamilton Mortgage Company.[1]  The motion was filed on
17
    the eve of the hearing, and nowhere in the motion was it represented to the Court that the
18
    other two parties were notified of the request.  In the motion, Mr. Tacker represented to the
19
    Court that he would be unable to attend the hearing because of a scheduling conflict.[2]  More
20
    specifically, Mr. Tacker submitted that he was to attend a "mandatory Arizona State Bar trust
21

22
           [1]  In civil cases when a party requests specific relief, except for dismissal or
23  summary judgment pursuant to Federal Rules of Civil Procedure 12(b) or 56, the party
    must lodge with the Clerk a separate proposed order. 7.1(b)(2) Counsel is advised that
24  future failure to comply with the local rules will result in the Court striking any
    documents not in compliance with the Rules.
25

26         [2]On August 14, 2007, the parties filed a joint motion to continue the pre-trial
    conference, which the Court granted the following day.  Therefore, despite having notice
27  of this hearing since August 15, 2007, Mr. Tacker waited until the day before the hearing
    to file the motion to continue the hearing.
28

1  account course."  Mr. Tacker's last minute conflict motion, especially considering the fact

2  that this is a multi-party litigation, for which there have been two previous pre-trial

3  conferences re-scheduled is perplexing.  Furthermore, the Court also notes that there have

4  been no reasons set forth as to the failure of counsel to file the proposed case management

5  plan, despite the Courts's previous Order to do so (Doc. 24).  Therefore, Counsel is ordered

6  to appear in front of this Court fully prepared to participate in the Rule 16 Preliminary Pre-

7  Trial Conference.

8          Accordingly,

9          **IT IS HEREBY ORDERED DENYING** Hamilton's Motion to Continue Pre-Trial

10  Conference (Doc. 40).

11          DATED this 24th day of September, 2007.

12

13

14  _____

15                    Stephen M. McNamee
                      United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28                              - 2 -