**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hamilton Mortgage Company,<br><br>　　　Plaintiff,<br><br>v.<br><br>Carteret Mortgage Corp.,<br><br>　　　Defendant.<br>_____<br>Morgan Stanley Mortgage Capital Inc.,<br><br>　　　Plaintiff,<br><br>v.<br><br>Hamilton Mortgage Company,<br><br>　　　Defendant and Third Party Plaintiff,<br><br>v.<br><br>Carteret Mortgage Corp.,<br><br>　　　Third Party Defendant.<br>_____ | No. CV-06-3090-PHX-SMM<br><br>**ORDER** |

    Pending before the Court is Carteret Mortgage Corp.'s (Carteret) Motion for Leave to File an Amended Answer and Counterclaim (Doc. 41).[1]

    A court may grant leave to a party to assert counterclaims after filing an answer as justice requires, or in the event of oversight, inadvertence, or excusable neglect. Fed. R. Civ. P. 13(f). Similarly, when a party seeks to amend its answer more than 20 days after filing,

---

[1] Counsel is advised that "In civil cases when a party requests specific relief, except for dismissal or summary judgment pursuant to Federal Rules of Civil Procedure 12(b) or 56, the party must lodge with the Clerk a separate proposed order." LRCiv 7.1(b)(2)

a court will grant the motion freely when justice requires. Fed. R. Civ. P. 15. Under both rules, leave to amend is "generally allowed with, extreme liberality..." *Heywood v. Western Reserve Life Assur. Co. of Ohio*, 2007 WL 625926, (D. Ariz. Feb. 27, 2007) *(quoting Morongo Band of Mission Indians v. Rose*, 893 F.2d 1074, 1079 (9th Cir. 1990)).

Hamilton filed its complaint in the first of these consolidated actions against Carteret on November 22, 2006, and it filed a third-party complaint against Carteret in the second action on April 2, 2007, both in the Superior Court of Maricopa County, Arizona. Carteret removed these cases to this Court on December 26, 2006 and April 25, 2007, respectively. This Court consolidated the cases on June 6, 2007. Carteret has not previously sought to amend its pleadings which were filed by its former counsel, Weiner Brodsky Sidman Kider PC. Foster Pepper substituted in as new counsel for Carteret Mortgage on August 6, 2007.

In light of the procedural history and the fact that Carteret seeks to amend its Answer only by 1) adding a counterclaim[2] and 2) for the convenience of the Court, rephrasing as a single Answer its separate Answers to the Complaint and Third-Party Complaint filed by Hamilton in the original, separate actions, the Court will grant the motion.

Accordingly, no objections being made thereto, and good cause appearing,

**IT IS HEREBY ORDERED GRANTING** Carteret's Motion for Leave to File an Amended Answer and Counterclaim (Doc. 41).

**IT IS FURTHER ORDERED** that the Clerk of the Court shall file the Lodged Amended Answer to Complaint and to Third Party Complaint and Counterclaim (Doc. 42).

DATED this 15th day of October, 2007.

_____
Stephen M. McNamee
United States District Judge

---

[2] The counterclaim asserted by Carteret is compulsory, because it arises out of the same transaction and contract as Hamilton's claims against Carteret. See Fed. R. Civ. P. 13(a).

- 2 -