**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hamilton Mortgage Company,        )  | No. CV-06-3090-PHX-SMM |
|                                   ) | |
|        Plaintiff,                 ) | |
| v.                                ) | **ORDER** |
|                                   ) | |
| Carteret Mortgage Corp.,          ) | |
|                                   ) | |
|        Defendant.                 ) | |
|                                   ) | |
| Morgan Stanley Mortgage Capital Inc., ) | |
|                                   ) | |
|        Plaintiff,                 ) | |
| v.                                ) | |
|                                   ) | |
| Hamilton Mortgage Company,        ) | |
|                                   ) | |
|   Defendant and Third Party Plaintiff,) | |
|                                   ) | |
| v.                                ) | |
|                                   ) | |
| Carteret Mortgage Corp.,          ) | |
|                                   ) | |
|        Third Party Defendant.     ) | |
|                                   ) | |

Pending before the Court is the stipulation[1] between Morgan Stanley Capital Holdings, LLC, as successor in interest by merger to Morgan Stanley Mortgage Capital Inc. ("MSMCH") and Hamilton Mortgage Company only. Good cause appearing,

---

[1] Counsel are advised that all future filings **must comply with all** Local Rules of Practice and Federal Rules of Civil Procedure. Counsel shall pay particular attention to the filing requirements pursuant to LRCiv 7.1., requiring that documents submitted for filing in the ECF System **shall** be in a Portable Document Format (PDF). Documents which exist only in paper format shall be scanned into PDF for electronic filing. **All other documents shall be converted to PDF directly from a word processing program** (e.g., Microsoft Word® or Corel WordPerfect®), **rather than created from the scanned image of a paper document**. LRCivP 7.1(c). Failure to comply with the local rules will result in the Court striking the document.

1  **IT IS HEREBY ORDERED** entering judgment in favor of MSMCH and against Hamilton in the amount of two million two hundred eighty-five thousand three hundred twenty-five and 82/100 Dollars ($2,285,328.82), plus interest thereon accruing at the rate of 10% until paid. Plus attorneys' fees and costs in the amount of fifteen thousand four hundred forty-five and 97/100 dollars ($15,445.97), for a total principal judgment amount of two million three hundred thousand seven hundred and seventy-seven and 79/100 dollars ($2,300,771.70).

DATED this 11th day of February, 2008.

_Stephen M. McNamee_
Stephen M. McNamee
United States District Judge