**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Hamilton Mortgage Company, | ) | No. CV-06-3090-PHX-SMM |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Carteret Mortgage Corp., | ) | |
| | ) | |
| Defendant. | ) | |

Pending before the Court is the Joint Motion of Morgan Stanley Mortgage Capital, Inc. and Carteret Mortgage Corp. to Extend the Time for Disclosure of Expert Witnesses (Doc. 61). In light of the recent consolidation, and good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the Joint Motion to Extend the Time for Disclosure of Expert Witnesses (Doc. 61).

**IT IS FURTHER ORDERED** that parties offering an expert witness shall disclose the identity of any person who may be used at trial to present evidence under Federal Rules of Evidence 701, 702, 703, 704, and 705 no later than **April 18, 2008.**

**IT IS FURTHER ORDERED** that the parties opposing any expert witness shall disclose the identity of any person who may be used at trial to present evidence under Federal Rules of Evidence 701, 702, 703, 704, and 705 no later than **May 23, 2008.**

**IT IS FURTHER ORDERED** that rebuttal experts, if any, shall be disclosed no later than **June 20, 2008.**

DATED this 7th day of April, 2008.

Stephen M. McNamee
United States District Judge