**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hamilton Mortgage Company, | ) No. CV-06-3090-PHX-SMM |
| Plaintiff, | ) |
| | ) **ORDER** |
| v. | ) |
| Carteret Mortgage Corp., | ) |
| Defendant. | ) |
| Morgan Stanley Mortgage Capital Inc., | ) |
| Plaintiff, | ) |
| v. | ) |
| Hamilton Mortgage Company, | ) |
| Defendant and Third Party Plaintiff, | ) |
| v. | ) |
| Carteret Mortgage Corp., | ) |
| Third Party Defendant. | ) |

Pending before the Court is the Joint Motion of Morgan Stanley Mortgage Capital, Inc. and Carteret Mortgage Corp. to Extend the Time for Disclosure of Expert Witnesses (Doc. 63). The parties are currently in settlement negotiations and hope to minimize the increase of costs to the parties by implementing such an extension.

**IT IS HEREBY ORDERED GRANTING** the Joint Motion to Extend the Time for Disclosure of Expert Witnesses (Doc. 63).

1       **IT IS FURTHER ORDERED** that the parties offering an expert witness shall

2  disclose the identity of any person who may be used at trial to present evidence under Federal

3  Rules of Evidence 701, 702, 703, 704, and 705 **no later than May 9, 2008**;

4       **IT IS FURTHER ORDERED** that the parties opposing any expert witness shall

5  disclose the identity of any person who may be used at trial to present evidence under Federal

6  Rules of Evidence 701, 702, 703, 704, and 705 **no later than June 6, 2008**;

7       **IT IS FURTHER ORDERED** that Rebuttal experts, if any, shall be disclosed **no**

8  **later than June 27, 2008.**

9       DATED this 21st day of April, 2008.

10

11

12                            Stephen M. McNamee

13                       United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28