WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hamilton Mortgage Company,<br><br>Plaintiff,<br><br>v.<br><br>Carteret Mortgage Corp.,<br><br>Defendant. | No. CV-06-3090-PHX-SMM<br><br>**ORDER** |

Pending before the Court is the Joint Motion of Morgan Stanley Mortgage Capital, Inc. and Carteret Mortgage Corp. to extend the time for disclosure of expert witnesses (Doc. 67). Morgan Stanley retained Laura Borrelli as a standard of care expert witness. However, Ms. Borrelli's mother passed away on May 7, 2008. Due to her family obligations, Ms. Borrelli is unable to complete her preliminary report before the May 9, 2008 deadline. Consequently, the parties request a one week extension to extend the time for disclosure of expert witnesses.  Good cause appearing,

**IT IS HEREBY ORDERED** that said Joint Motion to extend the time for disclosure of expert witnesses is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that Parties offering an expert witness shall disclose the identity of any person who may be used at trial to present evidence under Federal Rules of Evidence 701, 702, 703, 704, and 705 no later than **May 16, 2008.**

DATED this 9th day of May, 2008.

_____
Stephen M. McNamee
United States District Judge