WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hamilton Mortgage Company,<br><br>Plaintiff,<br><br>v.<br><br>Carteret Mortgage Corp.,<br><br>Defendant. | No. CV-06-3090-PHX-SMM<br><br>**ORDER** |

Having received a Notice of Settlement (Doc. 69) in this case, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the parties have until **July 1, 2008** to file a stipulation for dismissal of this action signed by all parties.

**IT IS FURTHER ORDERED** that in the event that no such stipulation is filed, the Court has scheduled a status conference for **July 21, 2008 at 10:00 a.m.** If the stipulation is received by **July 1, 2008**, the status conference will be automatically vacated.

DATED this 15th day of May, 2008.

Stephen M. McNamee
United States District Judge