WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hamilton Mortgage Company, ) | No. CV-06-3090-PHX-SMM |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| Carteret Mortgage Corp., ) | |
| ) | |
| Defendant. ) | |

Currently pending before the Court is the Stipulation for Dismissal with Prejudice [Doc. No. 71]. After consideration of the parties' Stipulation, and good cause appearing,

**IT IS HEREBY ORDERED** that this case is dismissed with prejudice and without any further fees or costs to any party.

**IT IS FURTHER ORDERED** that **this Court shall retain jurisdiction** until full payment is made to Morgan Stanley Mortgage Capital, Inc. pursuant to the Settlement Agreement executed by the parties.

**IT IS FURTHER ORDERED** that any pending motions and hearings in this matter are hereby **VACATED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall close this case.

DATED this 3rd day of July, 2008.

*/s/ Stephen M. McNamee*
Stephen M. McNamee
United States District Judge